FILED
6/25/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

LAQUAN GAMBLE

No. **1:26-cr-00334**
Judge Lindsay C. Jenkins
Magistrate Judge M. David Weisman
RANDOM/Cat. 4

Violation: Title 18, United States Code, Section 922(o)

UNDER SEAL

The SPECIAL JANUARY 2026 GRAND JURY charges:

On or about May 28, 2026, at Chicago, in the Northern District of Illinois, Eastern Division,

LAQUAN GAMBLE,

defendant herein, did knowingly transfer and possess a machinegun, as defined in Title 26, United States Code, Section 5845(b), namely, a Glock 19X 9mm pistol, bearing serial number CDDN986, with an attached conversion device, also known as a "switch," which converted the pistol to shoot automatically more than one shot, without manual reloading, by a single function of the trigger;

In violation of Title 18, United States Code, Section 922(o).

A TRUE BILL.

______________________________
FOREPERSON

______________________________
UNITED STATES ATTORNEY