FILED
7/23/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

MAM

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

1:26-cr-00334
Judge Lindsay C. Jenkins
Magistrate M. David Weisman
Direct / Cat. 4

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LAQUAN GAMBLE | No. 26 CR 334<br><br>Violations: Title 18, United States Code, Sections 922(a)(1)(A), 922(g)(1), and 922(o)<br><br>**SUPERSEDING INDICTMENT** |

**COUNT ONE**

The SPECIAL JANUARY 2026 GRAND JURY charges:

Beginning on or about March 18, 2026, and continuing until on or about June 8, 2026, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

LAQUAN GAMBLE,

defendant herein, who was not a licensed importer, manufacturer, and dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms;

In violation of Title 18, United States Code, Section 922(a)(1)(A).

**COUNT TWO**

The SPECIAL JANUARY 2026 GRAND JURY further charges:

On or about March 18, 2026, at Chicago, in the Northern District of Illinois, Eastern Division,

LAQUAN GAMBLE,

defendant herein, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, ammunition, namely, approximately 15 cartridges of .223 ammunition, which ammunition had traveled in interstate and foreign commerce prior to defendant's possession of the ammunition;

In violation of Title 18, United States Code, Section 922(g)(1).

**COUNT THREE**

The SPECIAL JANUARY 2026 GRAND JURY further charges:

On or about April 8, 2026, at Chicago, in the Northern District of Illinois, Eastern Division,

LAQUAN GAMBLE,

defendant herein, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm, namely, a Sig Sauer P365 9mm pistol, bearing serial number 66A748523, which firearm had traveled in interstate commerce prior to defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

**COUNT FOUR**

The SPECIAL JANUARY 2026 GRAND JURY further charges:

On or about April 9, 2026, at Chicago, in the Northern District of Illinois, Eastern Division,

LAQUAN GAMBLE,

defendant herein, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate commerce, ammunition, namely, two cartridges of .223 ammunition, which ammunition had traveled in interstate commerce prior to defendant's possession of the ammunition;

In violation of Title 18, United States Code, Section 922(g)(1).

**COUNT FIVE**

The SPECIAL JANUARY 2026 GRAND JURY further charges:

On or about April 17, 2026, at Chicago, in the Northern District of Illinois, Eastern Division,

LAQUAN GAMBLE,

defendant herein, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, a firearm, namely, a Taurus PT111 G2 9mm pistol, bearing serial number TJU41684, which firearm had traveled in interstate and foreign commerce prior to defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

**COUNT SIX**

The SPECIAL JANUARY 2026 GRAND JURY further charges:

On or about May 12, 2026, at Chicago, in the Northern District of Illinois, Eastern Division,

LAQUAN GAMBLE,

defendant herein, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, a firearm, namely, a Glock 23 40 caliber pistol, bearing serial number BNL023US; and a Smith & Wesson SD9VE 9mm pistol, bearing serial number FYM5199, which firearm had traveled in interstate and foreign commerce prior to defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

**COUNT SEVEN**

The SPECIAL JANUARY 2026 GRAND JURY further charges:

On or about May 26, 2026, at Chicago, in the Northern District of Illinois, Eastern Division,

LAQUAN GAMBLE,

defendant herein, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, a firearm, namely, a Springfield XD-M Compact .45 caliber pistol, bearing serial number MG584096, which firearm had traveled in interstate and foreign commerce prior to defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

**COUNT EIGHT**

The SPECIAL JANUARY 2026 GRAND JURY further charges:

On or about May 28, 2026, at Chicago, in the Northern District of Illinois, Eastern Division,

LAQUAN GAMBLE,

defendant herein, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, a firearm, namely, a Glock 19X 9mm pistol, bearing serial number CDDN986, which firearm had traveled in interstate and foreign commerce prior to defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

**COUNT NINE**

The SPECIAL JANUARY 2026 GRAND JURY further charges:

On or about May 28, 2026, at Chicago, in the Northern District of Illinois, Eastern Division,

LAQUAN GAMBLE,

defendant herein, did knowingly possess a machinegun, as defined in Title 26, United States Code, Section 5845(b), namely, a loaded Glock 19X 9mm pistol, bearing serial number CDDN986, with an attached conversion device, also known as a "switch," which converted the pistol to shoot automatically more than one shot, without manual reloading, by a single function of the trigger;

In violation of Title 18, United States Code, Section 922(o).

**COUNT TEN**

The SPECIAL JANUARY 2026 GRAND JURY further charges:

On or about June 8, 2026, at Chicago, in the Northern District of Illinois, Eastern Division,

LAQUAN GAMBLE,

defendant herein, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, a firearm, namely, an Anderson Manufacturing AM-15 pistol, bearing serial number 24196439; a Taurus Model G3 9mm pistol, bearing serial number ADH600493; and a Smith & Wesson M&P 9 M2.0 9mm pistol, bearing NFD1843, which firearm had traveled in interstate and foreign commerce prior to defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL.

______________________________
FOREPERSON

______________________________
UNITED STATES ATTORNEY